UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CASE NO.: 5:19-cv-00202-MCR-MJF

THE HARTFORD STEAM BOILER
INSPECTION AND INSURANCE
COMPANY, a Connecticut corporation,

    Plaintiff,

v.

EMERALD COAST RHEUMATOLOGY,
LLC,
a Florida limited liability company,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WTH PREJUDICE

Plaintiff, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, and Defendant, EMERALD COAST RHEUMATOLOGY LLC, by and through their respective counsel, hereby agree and stipulate to the dismissal of this action with prejudice with each party to bear their own attorneys' fees and costs that were incurred and not agreed to in the parties' settlement. The Parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the settlement.

Dated: March 25, 2021                        Respectfully submitted,

| | |
|---|---|
| By: */s/ Michael S. Rywant*<br>Michael S. Rywant, Esq.<br>Florida Bar No. 240354<br>Email: Msrywant@rywantalvarez.com<br>nginn@rywantalvarez.com<br>**Rywant, Alvarez, Jones, Russo & Guyton, P.A.**<br>2440 S.W. 76th Street, Suite 130<br>Gainesville, Florida 32608<br>Telephone: (352) 333-3700<br>Facsimile: (352) 333-3706<br>***Attorneys for Defendant*** | By: *(signature)*<br>Eugene P. Murphy, Esq.<br>Florida Bar No. 63850<br>emurphy@rc.com<br>Gabrielle R. Mercadante, Esq.<br>Florida Bar No.: 99049<br>gmercadante@rc.com<br>**Robinson + Cole LLP**<br>777 Brickell Ave., Suite 680<br>Miami, FL 33131<br>Telephone: 786.725.4120<br>***Attorneys for the Plaintiff*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on March 25, 2021, on all counsel or parties of record on the Service List below.

By: */s/ Gabrielle Mercadante*
Gabrielle Mercadante

## SERVICE LIST

Michael S. Rywant, Esq.
RYWANT, ALVAREZ, JONES, RUSSO & GUYTON, P.A.
2440 S.W. 76th Street, Suite 130
Gainesville, Florida 32608
Telephone: (352) 333-3700
Facsimile: (352) 333-3706
Email: msrywant@rywantalvarez.com
   nginn@rywantalvarez.com
***Attorneys for Defendant***